Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENCTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON,<br><br>Plaintiffs,<br>v.<br><br>McKNIGHT CONSTRUCTION, LLC, a Washington limited liability company; DORRELL McKNIGHT, an individual,<br><br>Defendants. | Case No. 2:18-cv-01117 RSM<br><br>ORDER ON THE CARPENTERS TRUSTS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT McKNIGHT CONSTRUCTION, LLC |

This matter is before the Court on the motion of Plaintiffs, commonly known as the Carpenters Trusts of Western Washington, for entry of default judgment against defendant McKnight Construction, LLC. The Court has considered the motion, supporting papers with exhibits, as well as the pleadings, court files, and records in this matter.

The Court, being otherwise generally advised, ORDERS:

1. The Carpenters Trusts' motion for entry of default judgment is GRANTED;

ORDER – 1
2:18-cv-01117 RSM

1700 038 tk291901

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

2. The Court finds that defendant McKnight Construction, LLC is liable to the Carpenters Trusts under the provisions of the collective bargaining and trust agreements that govern the relationship in this matter;

3. The Court finds that defendant McKnight Construction, LLC is liable to the Carpenters Trusts for $1,634.33, consisting of $1,002.00 in liquidated damages for the period February 1, 2018 through February 28, 2018, plus $632.33 in accrued, prejudgment interest through the November 29, 2018 hearing date;

4. The Court finds that defendant McKnight Construction, LLC is liable to the Carpenters Trusts for $5,707.00 in attorney fees under 29 U.S.C §1132(g)(2)(D), and $950.00 in costs directly related to this action;

5. This judgment shall bear interest at the 12 percent, per annum rate specified in the applicable trust agreements from the date of this judgment until paid in full, as allowed under 29 U.S.C. §1132(g)(2); and

6. The Clerk of Court is directed to enter judgment against defendant McKnight Construction, LLC consistent with this order.

Dated: December 4, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900